EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2020 TSPR 81 |
| Frederic Chardon Dubos | 204 DPR _____ |

Número del Caso:  TS-6,865


Fecha:  10 de agosto de 2020


Abogados de la parte peticionaria:

Por Derecho Propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Frederic Chardón Dubos                    TS-6,865

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de agosto de 2020.

Examinada la *Moción solicitando aclaración* que presentó el Sr. Frederic Chardón Dubos, se provee ha lugar. En consecuencia, se reinstala al Sr. Frederic Chardón Dubos al ejercicio de la abogacía.

Además, se instruye a la Secretaría de este Tribunal a reactivar las quejas las Quejas AB-2010-264 y AB-2013-158 que habían sido archivadas administrativamente ante la suspensión del Sr. Frederic Chardón Dubos.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres disiente y hace constar la expresión siguiente:

> El Juez Asociado señor Martínez Torres disiente y en lugar de ordenar la reinstalación inmediata del peticionario, ordenaría que antes se reabran las querellas pendientes (AB-2010-264 y AB-2013-158) y se diluciden. No se debe dar a una reinstalación un trato distinto al que se da a una solicitud de admisión y, por eso, debe dilucidarse cualquier asunto ético pendiente antes de que

se instale al abogado peticionario. En nada se protege el interés público activando la licencia de un profesional, por primera o por segunda vez, si hay cuestionamientos pendientes sobre su idoneidad para practicar la profesión.

La Jueza Asociada señora Pabón Charneco no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo